STATE v. HARRIS

No. 221P82.

Case below: 47 N.C. App. 121.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 2 June 1982.

STATE v. HUDSON

No. 189P82.

Case below: 56 N.C. App. 172.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1982.

STATE v. JONES

No. 214P82.

Case below: 56 N.C. App. 259.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1982.

STATE v. MELVIN

No. 241P82.

Case below: 53 N.C. App. 421.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 2 June 1982.

STATE v. MORROW

No. 393P82.

Case below: 57 N.C. App. 709.

Notice of appeal by defendant dismissed and petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1982.